JS - 6

EUGENE J. EGAN (State Bar No. 130108)
PAUL HANNA (State Bar No. 222012)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999

Attorneys for Defendant TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, and DOES 1 to 20,<br><br>   Defendants. | USDC CASE NO.: CV08-6814 RSWL (VBKx)<br><br>LASC CASE NO.: KC053463<br><br>[Proposed] **ORDER RE STIPULATION OF DISMISSAL**<br><br>**Complaint Filed: 7/21/08** |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: September 2, 2009

/ s /
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge